**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
WILSON PAGAN JR.,

                Plaintiff,                21 **CIVIL** 1601 (LGS)(BCM)

   -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated December 28, 2023, this case is reopened for the purpose of entering judgment for Plaintiff.

**Dated:**  New York, New York
            December 28, 2023

                                                             **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                  **BY:**                       K. Mango

                                                              **Deputy Clerk**