UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILSON PAGAN JR.,
                               Plaintiff,

          -against-

COMMISSIONER OF SOCIAL SECURITY,
                             Defendant.
------------------------------------------------------------X

21 Civ. 1601 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by Stipulation and Order dated January 31, 2024, Defendant agreed to pay Plaintiff attorneys' fees pursuant to the Equal Access to Justice Act (the "EAJA"), in full satisfaction of Plaintiff's EAJA claims.

    WHEREAS, no other claims remain in this case.

    The Clerk of Court is respectfully directed to terminate this case.

Dated: July 1, 2024
       New York, New York

                                                      LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE